```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0035--CR (JMF)
                                   "USA V AARON K. SHARPE ET AL"
                                      DEF 1.1 SHARPE, AARON K.

                     Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 02/20/03
              Closed: 10/15/03
 No. of Defendants: 2
     MJ Case Number:
                 AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: William P. Bryson
                     1015 W. 7th Avenue
                     Anchorage, AK 99501
                     907-276-8611
                     FAX 907-258-1516
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial

                     Lance C. Wells
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501
                     907-274-9696
                     FAX 907-277-9859
                     Serve: YES
                      Type: CJA
                      Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



 Counts re: DEF 1.1 SHARPE, AARON K.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (58-1) |
| 1 - 1 IND | 2 | 18:1344(2) BANK FRAUD F | Sentenced (58-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0035--CR (JMF)
                                "USA V AARON K. SHARPE ET AL"
                              DEF 2.1 REEVES, GERALD S.M. JR

                     Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/20/03
             Closed: 10/15/03
 No. of Defendants: 2
     MJ Case Number: A03-0033--MJ
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
 Needs interpreter: NO
  Counsel of record: Thomas Burke Wonnell
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99501
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 2.1 REEVES, GERALD S.M. JR

 Document            Count     Citation and Description                              Disposition
 ─────────           ─────     ────────────────────────                              ───────────
     1 -   1 IND       1       18:371 CONSPIRACY (F)                                 Sentenced
                                                                                     (45-1)

     1 -   1 IND       3       18:1344(2) BANK FRAUD F                               Sentenced
                                                                                     (45-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                                "USA V AARON K. SHARPE ET AL"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/20/03
            Closed: 10/15/03
 No. of Defendants: 2


 Document #    Filed       Docket text
 ──────────    ──────      ───────────

      1 -  1  02/20/03     [Re: DEF 1-2] PLF 1 Indictment.

      2 -  1  02/21/03     [Re: DEF 1-2] JDR Grand Jury Minutes; no bail set (det per 18:3142); set
                           for arr notify USM; in custody; def 2 is in transport from lower 48.

      3 -  1  02/21/03     [Re: DEF 1] Documents 2-10 transferred from: A03-016 MJ (AHB) to A03-035
                           CR (AHB).

      4 -  1  02/21/03     [Re: DEF 2] Documents 2-4 transferred from: A03-033 MJ (AHB) to A03-035
                           CR (JKS)

      5 -  1  02/24/03     [Re: DEF 1] AHB Minute Order that arr is set 2/26/03 at 2:30 p.m.  cc:
                           USA, Wm. Bryson, USM, PO

      6 -  1  02/27/03     [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 10:00
                           a.m., 3/3/03; oppos due noon 3/6/03.  cc: USA, Wm Bryson

      7 -  1  02/27/03     [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on Indt (held
                           2/26/03); def plead not guilty; ptms due 10:00 a.m. 3/3/03; oppos due
                           NOON 3/6/03; any necessary hrg required from the filing of ptms will be
                           held 3/7/03 at 1:30 p.m.  cc: USA, Wm. Bryson, USM, PO

      8 -  1  02/27/03     [Re: DEF 1] AHB Minute Order that in light of time constraints imposed
                           by this crts calendar and tentatively scheduled 3/24/03 TBJ mots due NLT
                           10:00 a.m., 3/3/03 w/hand/fax delivery; govt's oppos due NLT NOON 3/6/03
                           w/hand/fax delivery; crt has reserved the p.m. of 3/7/03 beginning at
                           1:30 p.m. for any necessary hrg resulting from filing of mots evid or
                           otherwise; praties to mark their calendars accordingly; unless otherwise
                           notified rhg will go forward as set.  cc: USA, Wm. Bryson, USM, PO

   NOTE -  1  03/04/03     Issued: Notice of Speedy Trial Act ddlns re: Def 1 to JKS.  cc: CMC

      9 -  1  03/05/03     [Re: DEF 1] JKS Minute Order setting TBJ for 03/24/03 at 9:00 a.m. and
                           FPTC for 03/21/03 at 3:00 p.m. cc: USA, W. Bryson, USM, USPO, MJ
                           Branson, JC

     10 -  1  03/05/03     [Re: DEF 1] PLF 1 Conference certification.

     11 -  1  03/06/03     [Re: DEF 1] AHB Minute Order that ptm ddln expired 10:00 a.m., 3/3/03;
                           no mots have been filed; 3/7/03 evid hrg deemed unnecessary and is
                           therefore VACATED.  cc: USA, Wm. Bryson, USM, PO

   NOTE -  2  03/07/03     [Re: DEF 2] USM Notice of Arrest; defendant arrived in district 3/7/03
                           ready for court 3/10/03.

     12 -  1  03/11/03     [Re: DEF 2] Financial Affidavit.

     13 -  1  03/11/03     [Re: DEF 2] JKS Order of Detention Pending Trial.  cc: USA, T. Wonnell,
                           USM, PO
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                         "USA V AARON K. SHARPE ET AL"
```

For all filing dates

```
Document #   Filed       Docket text

  14 -   1   03/11/03    [Re: DEF 2] JDR Order regarding preparation for trial; ptms due 3/17/03:
                         oppos due 3/24/03.  cc: USA, T. Wonnell

  15 -   1   03/11/03    [Re: DEF 2] JDR Court Minutes [ECR: Robin Carter] of arr on Indt (held
                         3/10/03); FPD to appoint CJA cnsl; def plead not guilty; ptms due
                         3/17/03; oppos due 3/24/03; 3/25/03 beginning at 9:00 a.m., reserved for
                         any necessary hrg which may be rquired by the filing of mots.  cc: USA,
                         T. Wonnell, USM, PO, FPD (CJA Clerk)

  16 -   1   03/11/03    DEF 2 Attorney Appearance of T. Burke Wonnell.

  17 -   1   03/12/03    [Re: DEF 2] AHB Minute Order memorializing JDR's oral order from the
                         bench 3/10/03; ptms due COB 3/17/03 w/hand/fax delivery on cnsl for
                         govt; oppos due NOON 3/24/03 w/hand/fax delivery on cnsl for def; crt
                         has reserved entire a.m. of 3/25/03 beginning at 9:00 a.m., for any
                         necessary hrg which may be required by the filing of mots evid or
                         otherwise; parties to mark their calendars accordingly; unless otherwise
                         notified hrg will go forward as set.  cc: USA, T. Wonnell, USM, PO

  18 -   1   03/13/03    [Re: DEF 1] JKS Minute Order that FPTC previously set for 03/21/03 is
                         vacated and reset for 04/08/03 at 9:00 a.m.; TBJ reviously set for
                         03/24/03 is vacated and reset for 04/14/03 at 9:00 a.m. cc: USA, W.
                         Bryson, USM, USPO, MJ Branson, JC

  19 -   1   03/13/03    [Re: DEF 2] JKS Minute Order setting TBJ for 04/14/03 at 9:00 a.m. and
                         FPTC for 04/08/03 at 9:00 a.m. cc: USA, T. Wonnell, USM, USPO, MJ
                         Branson, JC

  20 -   1   03/14/03    [Re: DEF 1] AHB Minute Order that any mots filed by Def 1 due COB
                         3/17/03; govt's oppos due NOON 3/24/03; previously reserved morning of
                         3/25/03 beginning at 9:00 a.m., for any necessary hrgs resulting from
                         filing of mots by Def 2 will now be as to both defs; unless otherwise
                         notified hrg will go forward as set.  cc: USA, Wm. Bryson, T. Wonnell,
                         USM, PO

  21 -   1   03/14/03    DEF 2 motion to continue trial.

  22 -   1   03/18/03    [Re: DEF 1-2] JKS Minute Order setting hrg on DEF 2's mot to continue
                         trial for 3/21/03 at 9:00 a.m.. cc: USA, W. Bryson, B. Wonnell, USM,
                         USPO

  23 -   1   03/18/03    [Re: DEF 2] CJA appointment of T. Wonnell.

  24 -   1   03/20/03    [Re: DEF 2] PLF 1 Stipulation/Certification of discovery.

  25 -   1   03/21/03    [Re: DEF 1-2] JKS Court Minutes [ECR: Elisa Singleton] hearing on motion
                         to continue trial held 3/21/03.  Court granted motion to continue trial
                         (21-1).
                         TBJS set 4/14/03 is vacated and reset for 5/19/03 at 9:00 a.m.  The FPTC
                         set 4/8/03 is vacated and reset for 5/19/03 at 8:30 a.m.  Trial
                         estimated to last two to three days.  Court found excludable delay for
                         D2 under 18 U.S.C. section 3161(h)(8)(B)(iv)(4).  Court found excludable
                         delay for D1 under 18 U.S.C. section 3161(h)(7).  cc: AUSA, W. Bryson,
                         T. Burke Wonnell, USM, USPO, MJ Branson, JC

  26 -   1   03/24/03    [Re: DEF 1-2] AHB Minute Order that ptms ddlns re: both defs was
                         3/17/03; no mots pending; 3/25/03 evid hrg deemed unnecessary and is
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                         "USA V AARON K. SHARPE ET AL"
```

| | | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
| | | VACATED. cc: USA, Wm. Bryson, T.Wonnell, USM, PO |
| 27 - 1 | 03/27/03 | DEF 2 Notice of Intent to change plea |
| 28 - 1 | 04/01/03 | [Re: DEF 2] JKS Minute Order resetting TBJ for COP on 4/3/03 at 1:30 pm. cc: USA, USM, PO, T. Wonnell, MJ Branson, JC |
| 29 - 1 | 04/03/03 | [Re: DEF 2] JKS Court Minutes [ECR: Denali Elmore] re PCOP held 04/03/03; def plead guilty to cts 1 & 3 of the Indt; IOS set for 06/20/03 at 10:00 a.m. FPTC & TBJ set for 05/19/03 vacated. cc: USA, T. Wonnell, USM, USPO, MJ Branson, JC |
| 30 - 1 | 05/14/03 | DEF 1 motion on shortened time to continue trial. |
| 31 - 1 | 05/15/03 | [Re: DEF 1] JKS Minute Order setting hrg on mot on shortened time to cont trial (dkt 30) for 05/19/03 at 1:30 p.m. and vacating FPTC & TBJ for 05/19/03 and resetting FPTC & TBJ to 05/20/03 at 9:00 a.m. cc: USA, B. Bryson, USM, USPO, MJ Branson, JC |
| 32 - 1 | 05/16/03 | [Re: DEF 1] PLF 1 oppo to DEF 1 mot on shortened time to continue trial (30-1) w/att exhs. |
| 33 - 1 | 05/20/03 | [Re: DEF 1] JKS Minute Order that case is referred to Judge James M. Fitzgerald for purposes of trial only; trial remains scheduled for 06/09/03 at 9:00 a.m.; case will remain before Judge Singleton and Magistrate Judge Branson for all pretrial matters. cc: USA, W. Bryson, USM, USPO, Judge Fitzgerald, MJ Branson, JC |
| 34 - 1 | 05/21/03 | [Re: DEF 1] JKS Order of excludable delay; crt found excludable delay under 3161(h)(8)(A)(B) from 05/20/03 to 06/09/03 for a total of 20 days. |
| 35 - 1 | 05/21/03 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] Hrg on mot on shortened time to cont trial (dkt 30) held 05/19/03; granting mot on shortened time to cont trial (30-1); case to trail trial in A03-0034CR set for 06/09/03 at 9:00 a.m.; FPTC and TBJ set for 05/20/03 vacated. cc: USA, W. Bryson, USM, USPO, MJ Branson, JC |
| 36 - 1 | 06/11/03 | [Re: DEF 1] PLF 1 Notice of intent to use DEPS |
| 37 - 1 | 06/12/03 | DEF 2 Sentencing Memorandum. |
| 38 - 1 | 06/13/03 | [Re: DEF 1] JMF Minute Order setting status conference for 6/16/03 at 11:00 am. cc: USA, USM, PO, W. Bryson |
| 39 - 1 | 06/13/03 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 40 - 1 | 06/16/03 | [Re: DEF 1] JKS Minute Order that by agreement of the judges, case is reassigned to Judge Fitzgerald for all further proceedings; use the following case number on all future filings: A03-0035 CR (JMF). cc: USA, W. Bryson, USM, USPO, Judge Fitzgerald, MJ Branson, JC |
| 41 - 1 | 06/16/03 | DEF 1 Unopposed motion on shortened time to continue trial |
| 42 - 1 | 06/16/03 | [Re: DEF 1] JMF Order granting unopposed motion on shortened time to continue trial (41-1); TBJ set for 7/7/03. cc: USA, USM, PO, W. Bryson, JC, MJ Branson |
| 43 - 1 | 06/16/03 | [Re: DEF 1] JMF Court Minutes [ECR: Debby Willoughby-Lyons] status conference 6/16/03, TBJ set week of 7/7/03 before Judge Fitzgerald. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                         "USA V AARON K. SHARPE ET AL"
```

|                            For all filing dates                            |

Document #    Filed       Docket text

44 -     1    06/24/03    [Re: DEF 2] JKS Court Minutes [ECR: Elisa Singleton] IOS held 06/20/03;
                          def sentenced to 24 mos in prison; 60 mos SR; $200 SA; $22,288.83
                          restitution jointly and severally with Aaron Sharpe, A03-0035CR and
                          Richard Austin, A03-0022CR; def remanded.

45 -     1    06/24/03    [Re: DEF 2] JKS Judgment pleaded guilty to cts 1,3 of the Indt (1-1);
                          def sentenced to 24 mos in prison; 60 mos SR; $200 SA; $22,288.83
                          restitution, jointly and severally with Aaron Sharpe A03-0035CR and
                          Richard Austin, A03-0022CR. cc: USA, B. Wonnell, DEF w/cnsls cy, USM,
                          USPO, MJ Branson, FLU

46 -     1    07/03/03    DEF 1 Notice of Intent to change plea.

47 -     1    07/03/03    [Re: DEF 1] JMF Minute Order vacating TBJ and setting COP for 7/7/03 at
                          2:00 pm. cc: USA, USM, PO, W. Bryson, MJ Branson, JC

48 -     1    07/07/03    [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP held
                          7/7/03; def ple guilty to cts 1 and 2 of Indt; IOS to be set by Judge
                          Fitzgerald; def detained pending sentencing. cc: USA, W. Bryson, USM,
                          USPO, MJ Branson, Judge Fitzgerald

49 -     1    07/09/03    [Re: DEF 1] JMF Minute Order that IOS is set for 9/11/03 at 11:00 a.m.
                          cc: USA, USM, PO, W. Bryson

50 -     1    07/23/03    [Re: DEF 2] Partial Transcript IOS held 6/20/03.

51 -     1    07/28/03    {SEALED}

51 -     2    07/29/03    {SEALED}

52 -     1    08/21/03    [Re: DEF 1] JMF Minute Order resetting IOS from 9/11/03 to 9/30/03 at
                          11:00 am. cc: USA, USM, PO, W. Bryson

53 -     1    09/23/03    [Re: DEF 1] PLF 1 Sentencing Memorandum.

54 -     1    09/29/03    DEF 1 Unopposed, expedited motion to continue sentencing hearing

55 -     1    09/29/03    [Re: DEF 1] JMF Minute Order granting unopposed, expedited motion to
                          continue sentencing hearing (54-1); 9/30/03 IOS vacated & reset for
                          10/9/03 at 10:30 am. cc: USA, USM, PO, W. Bryson

56 -     1    10/08/03    DEF 1 Sentencing Memorandum.

57 -     1    10/10/03    [Re: DEF 1] JMF Court Minutes [ECR: Robin Carter] IOS held 10/09/03; def
                          sentenced to 188 mos in prison and 60 mos SR concurrent w/A03-0034CR;
                          $200 SA; Restitution $142,207.76 jointly and severally w/Gerald Reeves,
                          Richard Austin and Edward Bailey.

58 -     1    10/15/03    [Re: DEF 1] JMF Judgment pleaded guilty to count(s) 1,2 of the
                          Indictment (1-1); sent 188 months concurrent & concurrent to sent in
                          A03-035CR; s/r  5 years; s/a $200; restitution $142,207.76. cc: USA,
                          USM, PO, W. Bryson, def (by cnsl), MJ Branson, FLU, Finance

59 -     1    10/23/03    DEF 1 Partial Transcript of IOS held 10/9/03.

60 -     1    10/24/03    DEF 1 appeal to 9CCA of (58-1) filed 10/15/03. cc:W. Bryson, C. Randell,
                          USM, USPO, Judge Fitzgerald, 9CCA

Case 3:03-cr-00035-RRB     Document 93     Filed 02/20/2003     Page 7 of 10
```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                          "USA V AARON K. SHARPE ET AL"
```
For all filing dates

```
Document #   Filed      Docket text

NOTE -   3   10/27/03   Transmittal: Forwarded notice of appeal (60-1) to 9CCA.

  61 -   1   10/27/03   [Re: DEF 1] Cy 9CCA Time Schedule Order. (60-1) cc:W. Bryson, C.
                        Randell, Judge Fitzgerald, ECR, 9CCA (Original)

  62 -   1   01/16/04   [Re: DEF 2] JMF Judgment (Amended) Imprisonment for a term of 24 months
                        w/recommendations.  Def is remanded to the custody of the USM.  SR 5
                        years w/special conditions.  SA $200.00.  Restitution $27,350.83.  Def
                        shall make restitution to the payees in the amounts as stated. Def shall
                        receive credit for all payments previously made toward any criminal
                        monetary penalties imposed.  Joint and Several Aaron K. Sharpe,
                        A03-0035-1 CR (JKS) $27,350.83 and Richard B. Austin, A03-0022 CR (JKS)
                        $27,350.83.   cc: AUSA, T. Wonnell, USM, USPO, MJ Branson, Def w/cnsl cy,
                        Finance, FLU

  63 -   1   02/24/04   [Re: DEF 1] Copy of Order from 9CCA. (60-1) The court, on its own mot,
                        consolidates the appeals 03-30488 (A03-0034 CR) and 03-30490 (A03-0035
                        CR).  Appellants opening brief in consolidated appeals was due 1/23/04;
                        brief has not been received.  W/in 14 days after filing date of this
                        order, retained counsel for appellant, William P. Bryson, shall file
                        theopening brief, excerpts of record and a mot for relief from default.
                        Alternatively, if counsel is unable to prosecute this appeal, counsel
                        shall file a mot under 9CCA Rule 4-1(c) w/in 14 days to withdraw as
                        counsel.  If counsel wishes to withdraw, counsel muft file (1) a
                        substitution of counsel showing that new counsel has been retained ; or
                        (2) a mot for appointment of counsel, accompanied by a completed fin aff
                        (CJA Form 23), if the def is financially unable to obtain representation
                        on appeal; or (3) a mot by the def to proceed pro se; or (4)  an aff or
                        signed statement from the def showing that the def has been advised of
                        deft's rights w/regard to the appeal and expressly stating that the def
                        wishes to dismiss the appeal voluntarily.  Failure to respond timely to
                        this order may result in the imposition of sanctions on counsel Bryson.
                        The due date for appellee's  brief will be set upon counsel Bryson's
                        compliance with this order.  The Clerk shall serve this order and a CJA
                        Form 23 on counsel Bryson by certified mail (return receipt requested).
                        cc: W. Bryson, C. Randell (AUSA), USM, USPO, Judge Fitzgerald

  64 -   1   03/25/04   [Re: DEF 1] Copy of Order from 9CCA. (60-1) Appellant's opening brief in
                        consolidated appeals was due 1/23/04.  On 2/17/04 court ordered
                        appellant's retained cnsl, William Bryson, to file opening brief w/in 14
                        days & file mot for relief from default.  To date, cnsl has not complied
                        with the court's order.  W.in 14 days after filing date of this order,
                        W. Bryson shall show cause in writing why this court should not impose
                        on cnsl Bryson monetary sanctions not less thatn $500.00 for failing to
                        comply w/this court's rules and orders.  Failure to file a timely
                        response or provide an adequate explanation may result in the imposition
                        of sanctions w/o further notice.  Appellant's pro se mot for leave to
                        proceed I/P and for appointment of cnsl GRANTED.  Clerk shall amend the
                        docket to reflect that appellant is proceeding on appeal I/P.  Cnsl will
                        be appointed by separate order for these consolidated appeals.  Clerk
                        shall serve a cy of this order on R. Curtner, FPD, who will locate
                        appointed cnsl.  District court shall provide the Clerk of this court
                        w/name and address of appointed cnsl by FAX w/in 14 days of locating
                        cnsl.  Cnsl shall designate reporter's transcript by 4/15/05.
                        Transcript is due 5/1y/04.  Appellant's consolidated opening brief and
                        excerpts of record are due 6/28/04; appellee's consolidated answering
                        brief due 7/28/04; optional consolidated reply brief due w/in 14 days
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                          "USA V AARON K. SHARPE ET AL"
```
```
                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | after svc of answering brief.  Clerk shall also serve a CJA 24 & certified cy of this order on Mr. Curtner who shall provide them to newly appointed counsel.  If appellant is seeking transcripts requiring special authorization, that authorization should be obtained from the district court.  Upon filing of transcripts the court reporter shall submit the CJA Form 24 to this court for payment.  The Clerk also shall serve this order on former retained cnsl, W. Bryson, be certified mail (return receipt requested).  cc: L. Wells, C. Randell, R. Curtner, W. Bryson |
| 65 - 1 | 03/31/04 | DEF 1 CJA appointment of Lance Wells. |
| 66 - 1 | 04/08/04 | DEF 1 Transcript Designation Form w/original Transcript Order Form and CJA 24 re: notice of appeal (60-1). cc:ecr w/original Transcript Order Form, CJA 24 & cy of 9CCA order @ dkt #64 |
| 67 - 1 | 04/15/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 4 | 04/16/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 68 - 1 | 05/11/04 | USM Return of svc on judgment re: DEF 2 executed on 4/20/04 to FMC, Lexington, KY. |
| 69 - 1 | 05/26/04 | [Re: DEF 1] Certified copy of Order from 9CCA. (60-1)   On 3/15/04 crt ordered appellant's former cnsl, William Bryson, to show cause why monetary sanctions of not less that $500 should not be imposed for failure to comply with the crt's 2/17/04 order.  Cnsl has failed to file a response.  A monetary sanction in the amt of $500 is imposed on atty W. Bryson for failure to comply with this court's rules and orders.  The sanction is imposed as a judgment and shall be paid to the Clerk of this Court w/in 21 days of the filing date of this order.  Failure to comply with this order may result in the imposition of additional sanctions on cnsl as well as referral of this judgment to the USA for collection. cc:cnsl, W. Bryson |
| 70 - 1 | 06/03/04 | [Re: DEF 1] Transcript of PCOP held 7/7/03 re: notice of appeal (60-1). |
| 71 - 1 | 06/03/04 | [Re: DEF 1] Partial Transcript of IOS held 10/9/03 re: notice of appeal (60-1). |
| 72 - 1 | 06/03/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (60-1) cc: L. Wells, C. Randell, 9CCA (Original) |
| 73 - 1 | 01/14/05 | USM Return of svc on writ of execution re:DEF 1 on FPD not on file. |
| 74 - 1 | 06/01/05 | [Re: DEF 1]CERT Cy 9CCA Judgment/Final Order re: notice of appeal (60-1) that the district court's decision is AFFIRMED w/att memo. |
| 75 - 1 | 07/18/05 | [Re: DEF 2] JMF Order and petition for SR modification. |
| 76 - 1 | 07/28/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 5 | 07/29/05 | Issued: writ of execution re: DEF 2 on PFD> |
| NOTE - 6 | 08/01/05 | [Re: DEF 2] Issued WOA 7/29/05. |
| 77 - 1 | 08/01/05 | [Re: DEF 2] JWS Order and petition to revoke supervised release; referred to MJ for I/A and preliminary hearing; evid hrg upon consent only; w/att declaration.  cc: USA, USM, Def w/USM cy, USPO, MJ Roberts, |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                         "USA V AARON K. SHARPE ET AL"
```

|                              |
|------------------------------|
| For all filing dates         |

| Document # | Filed | Docket text |
|---|---|---|
| | | Judge Fitzgerald |
| 78 - 1 | 08/02/05 | [Re: DEF 2] JDR Minute Order from Chambers; in light of the retirement of MJ Branson, at the directdion of Chief Judge Sedwick, the magistrate referral is reassigned to MJ Roberts.  cc: USA, USPO, Judge Fitzgerald |
| NOTE - 7 | 08/03/05 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 8/2/05. |
| 79 - 1 | 08/03/05 | [Re: DEF 2] TWH Court Minutes [ECR: Linda Christensen] re I/A on Petition to Revoke Sup Rls (held 8/3/05); def denied allegs 1-5; Burke Wonnell appt'd as CJA cnsl; def detained; def to file consent to proceed before USMJ in evid hrg re viols of Sup Rls by 8/15/05; form given to M. Dieni.  cc:  USA, FPD, B. Wonnell, USM, USPO, CJA Clerk, MJ Roberts, Judge Fitzgerald, Judge Singleton |
| 80 - 1 | 08/03/05 | DEF 2 Financial Affidavit. |
| 81 - 1 | 08/03/05 | [Re: DEF 2] TWH Order of Detention; def does not object to detention pending a bail review hearing.  cc:  USA, B. Wonnell, USM, USPO, MJ Roberts |
| 82 - 1 | 08/04/05 | [Re: DEF 2] CJA appointment of Wonnell T. Burke. |
| 83 - 1 | 08/08/05 | [Re: DEF 2] Return of WOA executed on 8/2/05. |
| 84 - 1 | 08/11/05 | DEF 2 Notice of intent to admit violations. |
| 85 - 1 | 08/23/05 | [Re: DEF 2] JMF Minute Order setting Admission/Dispo Hrg on Petition to Revoke S/R for 8/31/05 at 11:00 a.m.; cc: USA, T. Wonnell, USM, USPO |
| 86 - 1 | 08/24/05 | [Re: DEF 2] JMF Minute Order resetting Admission/Dispo hrg to 8/31/05 at 2:00 p.m.  cc: USA, T. Wonnell, USM, USPO |
| 87 - 1 | 08/26/05 | [Re: DEF 2] JMF Order rescheduling the Admission/disposition hrg rescheduled to 9/2/05 at 11:00 a.m.  cc: USA, T. Wonnell, USM, USPO |
| 88 - 1 | 08/30/05 | DEF 2 Disposition Memorandum. |
| 89 - 1 | 09/02/05 | [Re: DEF 2] JMF Court Minutes [ECR: Linda Christensen] re Admission/Disposition Hearing (held 9/2/05);  def admitted allegations 1-5; def remanded to USM custody & to receive credit for time in custody; cnsl & PO to meet in chambers following adjournment; court to issue order re disposition.  cc:  USA, B. Wonnell, USM, USPO |
| 90 - 1 | 09/09/05 | [Re: DEF 2] JMF Order Committing Def to the Custody of the US Bureau of Prisons for Psychiatric Examination for a period not to exceed 60 days.  cc: USA, T. Wonnell, USM, USPO |
| 91 - 1 | 09/29/05 | DEF 2 Unopposed motion to enter revised order. |
| 92 - 1 | 10/14/05 | [Re: DEF 2] JMF Revised Order granting Committing Defendant to the Custody of the U.S. Bureau of Prisons for Psychiatric Examination (91-1).  cc: USA, T. Wonnell, USM, USPO |
| 93 - 1 | 11/21/05 | [Re: DEF 2] JMF Minute Order; counsel directed to file a report as to the status of the psychiatric examination on or before 12/9/05; report to include anticipated date of filing of the psych eval and suggested schedule for the next phase in this case.  cc: USA, T. Wonnell, USM, USPO |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A03-0035--CR (JMF)
                        "USA V AARON K. SHARPE ET AL"

                              For all filing dates
```

Document #    Filed     Docket text